Elaine Rom
2281 Lower Demumds Rd
Dallas Pa 18612
jubilee6654@aol.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Elaine Rom                                                          Case No: _____

    A Pennsylvania Resident,

       Plaintiff

v

BMB Matrix LLC

    A Delaware Corporation

       Defendant
_____/

### COMPLAINT

The Plaintiff Elaine Rom, (hereinafter the "Plaintiff") hereby files this Complaint against the Defendant BMB Matrix LLC, a Company incorporated under the laws of Delaware, having its principal place of business located at 1617 JFK Blvd 20th Floor Philadelphia, PA 19103 (hereinafter the "Defendant") and further state as follows:

### JURISDICTION AND VENUE

1. Jurisdiction is proper in this case as the US District Courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. Jurisdiction is therefore proper under 28 U.S.C. § 1332.

2. Venue is proper in this District pursuant to 15 U.S.C. §§ 15(a), 22 and 28 U.S.C. §§ 1391(b), (c), and (d) because, during the relevant period, Defendants resided, transacted business, were found, or had agents in this District.

1

3. This Court has *in personam* jurisdiction over the Defendant because the Defendant resides and transacts business in this District.

## THE PARTIES

**The Plaintiff**

4. The Plaintiff Elaine Rom is an individual from Pennsylvania who owned online stores with both Amazon and EBay respectively. The Plaintiff contracted the online services of the Defendant BMB Matrix LLC for the purposes of boosting online sales with both Amazon and EBay respectively.

**The Defendant**

5. The Defendant BMB Matrix LLC holds itself out to be an industry leader in turnkey e-commerce store building and delivery. The Company claims entrepreneurs from all walks of life turn their dreams into reality. Further, the Company boasts that its turnkey stores allow customers to sell anything in the world almost immediately and that customers gain their freedom from the regular 9-5 job thereby removing barriers to online commerce and helps start more new businesses, accelerates the growth of existing businesses, and increases economic output and global trade.

## STATEMENT Of THE FACTS

6. In Aug of 2023, the Plaintiff hired the Defendant BMB Matrix to open and operate an Amazon online store.(the Amazon Lite Plan which costs $4,995.00).

7. On or about Aug 15, 2023 the Plaintiff's store was set up and selling and the Plaintiff' paid $2,129.97 for inventory of Plaintiff's store.

8. During the month of Sept. the Defendant BMB never shipped most of the purchases and Amazon froze any money owed to Plaintiff and deactivated the store and stated the store was fraudulent.

9. Plaintiff states the Defendant BMB Matrix then made representations that they would transfer the $4,995.00 and $2,129.97 to open an Ebay store.

10. Plaintiff states that approximately 2 weeks after they opened the Ebay store, the Plaintiff could see the Defendant BMB Matrix were doing the same thing, which was selling what the Plaintiff did not have and not refunding customers; subsequently the Plaintiff refunded the

orders and informed the Defendant BMB to close the Ebay store as it was going to ruin the Plaintiff's name with Ebay.

11. Plaintiff requested a refund and was contacted by Xavier, a representative from BMB Matrix and he stated that he would refund the Plaintiff, but needed time to liquidate inventory and could send the Plaintiff $890.62 starting Jan 22, 2024 (a copy of the Agreement is hereto attached as Exhibit A) and every month thereafter until fully paid.

12. The Defendant BMB Matrix's representative then sent Plaintiff a photograph of the check on Jan 24 (attached as Exhibit B) after Plaintiff had contacted said representative asking for the payment which the Plaintiff never received.

13. Plaintiff adds further that the Defendant's representative text messaged Plaintiff on Feb. 8 and said that he would send the tracking number that day, but again, the Plaintiff did not receive it which led Plaintiff to form the notion that the Defendant BMB Matrix had no intentions whatsoever in paying the Plaintiff back.

14. Plaintiff asserts that she hoped to have this store to supplement her income as Plaintiff had lost her husband in July of 2023 and all Plaintiff had was social security.

15. Plaintiff states further that she sustained substantial loss of income because of the actions of the Defendant because of her Amazon store and equally her name being the subject of fraud which has caused Plaintiff severe emotional distress and mental anguish.

16. The Plaintiff in light of the foregoing, seeks total damages in the amount of $77,,000 and as for causes of action, further states as follows:

### PLAINTIFF'S FIRST CAUSE OF ACTION
### Breach of Contract

17. Plaintiffs restate the facts and allegations in the preceding paragraphs and further allege as follows:

18. In Pennsylvania, a contract is an agreement between two or more parties that is enforceable by law. Contracts can be made orally or in writing, but certain types of contracts must be in writing to be enforceable.

19. To be enforceable, a contract should have the following elements, to wit:

   Offer: One party must make an offer to the other party.
   Acceptance: The other party must accept the offer.

> Consideration: Each party must give something of value to the other party.
> Mutual assent: Both parties must agree to the terms of the contract. In addition to these elements, certain types of contracts must be in writing to enforceable. These include contracts for the sale of real estate, contracts for the sale of goods for $500 or more, and contracts that cannot be performed within one year. If one party breaches a contract, the other party may be able to sue for damages. Damages are intended to compensate the non-breaching party for their losses. The amount of damages that can be awarded will depend on the specific facts of the case.

20. Plaintiffs asserts that a valid contract existed between the Plaintiff, and the Defendant BMB Matrix to provide services to the Plaintiffs benefit, in exchange for the Plaintiff rendering $7,000.
21. Plaintiff asserts further that the Defendants BMB Matrix failed to provide the Services as described in the Defendant's service agreement which is hereto attached as Exhibit A.
22. In light of the foregoing, the Plaintiffs claim damages for breach of contract in the amount of $7,000.

## SECOND CAUSE OF ACTION
## INTENTIONAL INTERFERENCE WITH CONTRACT RELATIONS

23. Plaintiff restates the facts and allegations in the preceding paragraphs and further allege as follows:
24. In the State of Pennsylvania, Intentional interference with contractual relations requires the following elements: "(1) the existence of a contractual relationship; (2) an intent on the part of the defendant to harm the plaintiff by interfering with that contractual relationship; (3) the absence of a privilege or justification for such interference; and (4) damages resulting from the defendant's conduct." Hennessy v. Santiago, 708 A.2d 1269, 1278 (Pa. Super. Ct. 1998) (citing Triffin v. Janssen, 626 A.2d 571, 574 (1993)). A fundamental requirement of interference with contractual relations is the existence of a contract between the plaintiff and a third party. E.g., Nix v. Temple Univ. Of Commw. Sys. Of Higher Educ., 596 A.2d 1132, 1137 (Pa. Super. Ct. 1991) ("The tort of interference with contract is defined in terms of unprivileged interference with a contract with a third party. Essential to the right of recovery on this theory is the existence of a contractual relationship between plaintiff and a party

other than the defendant."); Glenn v. Point Park Coll., 272 A.2d 895, 898 (Pa. 1971); see generally RESTATEMENT (SECOND) OF TORTS § 766.

25. Plaintiff argues that
- (I) There was the existence of a contractual relationship between the Plaintiff and with Amazon, prior to the Defendant BMB Matrix LLC offering to boost Plaintiff's sales.
- (II) There was an intent on the part of the defendant BMB Matrix to harm the plaintiff by interfering with that contractual relationship between Plaintiff and Amazon and then between Plaintiff and Ebay respectively. This is evident by the Defendant BMB Matrix's course of conduct in not delivering to Plaintiff's expectations, with the Defendant knowing fully well that both Amazon and EBay closes accounts of individuals for lack of sales activity.
- (III) Plaintiff states that there was no justification for the Defendant BMB Matrix's conduct.
- (IV) Plaintiff suffered damages in the amount of $70,,000 to $80,000 in lost projected online sales and further income between the months the Plaintiff's contract with the Defendant began, to the present.

### RELIEF SOUGHT

WHEREFORE, the Plaintiff Elaine Rom, hereby requests that the Court grants the following relief, to *wit:*

- (i) Damages for Breach of Contract in the amount of $7,000,
- (ii) Damages for the Defendant's tortious interference with the Plaintiff's Contract Relations with Amazon and Ebay in the amount of $70,000.
- (iii) Costs of suit.
- (iv) Any further damages that this Court is willing to allow.

Plaintiff further seeks a jury trial on all triable issues.

Respectfully Submitted

s/ *Elaine Rom*

_____

Elaine Rom

Plaintiff, pro se

Dated: February 9 2023

Elaine Rom

Plaintiff, pro se

Elaine Rom
2281 Lower Demumds Rd
Dallas Pa 18612
jubilee6654@aol.com

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ELAINE ROM

**(b)** County of Residence of First Listed Plaintiff: **PENNSYLVANIA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
BMB MATRIX LLC

County of Residence of First Listed Defendant: **DELAWARE**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | SOCIAL SECURITY | 480 Consumer Credit (15 USC 1681 or 1692) |
| [X] 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 490 Cable/Sat TV |
| 196 Franchise | | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/Exchange |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | Habeas Corpus: | | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | IMMIGRATION | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | Other: 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: BREACH OF CONTRACT, TORTIOUS INTERFERN

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 77,000
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____
DOCKET NUMBER: _____

DATE: 2/9/2024

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

ELAINE ROM
2281 LOWER DEMUNDS RD
DALLAS PA 18612



CLERK OF COURT
US DISTRICT CT EASTERN
DISTRICT OF PENNSYLVANIA
601 MARKET ST
#2609 PHILADELPHIA
PA 19106

FEB 20 2024
BY: